Eastern District of Kentucky
**FILED**

JUN 2 5 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

**V.**                                       INDICTMENT NO. 6:26-cr-088-scm
                                               **18 U.S.C. § 922(g)(1)**

**MICHAEL A. DUNN**

\*    \*    \*    \*    \*

**THE GRAND JURY CHARGES:**

On or about January 8, 2026, in Knox County, in the Eastern District of Kentucky,

**MICHAEL A. DUNN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely: a Harrington and Richardson, Model 676, .22 caliber revolver bearing serial number AR47297; and a Smith & Wesson, .38 caliber revolver bearing serial number 644277, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.    By virtue of the commission of the offense alleged in the Indictment, **MICHAEL A. DUNN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **MICHAEL A. DUNN** has in this property is vested in and

forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

    2.    The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
a. Harrington and Richardson, Model 676, .22 caliber revolver bearing serial number AR47297;
b. Smith & Wesson, .38 caliber revolver bearing serial number 644277; and
c. All associated ammunition.

**A TRUE BILL**

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

KELLY K. RIDINGS
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Forfeiture of listed items.